Battle, J.
 

 The only ground upon which the liability of the defendant could be .placed, was that of the guaranty of ■the promissory note, executed by Franklin Baker to Morrison, •Gaither
 
 &
 
 Co. This guaranty was made about four years after the -date of the note, and after it became due, and no con
 
 *582
 
 sideration whatever was shown for it. In
 
 Oreen
 
 v. Thornton, 4 Jones’, 280 we said : “ that it is not and cannot be denied, that a guaranty in wilting, made at the time of a contract between two or more persons is binding upon the guarantor, because it is founded upon the consideration which exists between the principal parties. But if it be made afterwards, without any new consideration, then it is not obligatory, and the putting it in writing, if not under seal, will not help.” These remarks are directly applicable to the facts of the case now before us, and are decisive against the claim of the plaintiff. Hpon this point then, without adverting to any other, the judgment of nonsuit was right, and must be affirmed.
 

 Per Curiam,
 

 Judgment affirmed.